UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| SUSAN MARIE SCHRADER,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | 5:16-CV-05110-KES<br><br>JUDGMENT |

  Under the Order Adopting Report and Recommendation and Granting Motion to Dismiss, it is

  ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondent and against petitioner.

  Dated October 17, 2017.

           BY THE COURT:

          */s/ Karen E. Schreier*
          KAREN E. SCHREIER
          UNITED STATES DISTRICT JUDGE